ALLICIA B. TOMOLO, ESQ.
SBN 265696
3080 South Durango Drive, Ste 207
Las Vegas, Nevada 89117
Telephone: (702) 946-8440
Fax: (702) 946-1035
abtomolo@gmail.com
Attorney for Defendant

## UNITED STATES DISTRIBUTE COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE J. GRIGOR,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES<br>and TRANSUNION LLC<br>    .<br><br><br>    Defendant. | Case No. 2:15-cv-01058-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

### STIPULATION

Plaintiff, Catherine J. Grigor ("Grigor") and Defendant, Allied Collection Services, Inc.. ("Defendant"), and by and through their respective counsel, hereby stipulate and agree as follows:

1. On June 4, 2015 Plaintiff filed a Complaint in the above entitled action.

2. Defendant was served with the Complaint on or about October 23, 2015.

3. Defendant's time to respond to the Plaintiff's Complaint expired on or about November 13, 2015.

3. In an effort to attempt to resolve this action and to mitigate any further expenditure of time and costs, Plaintiff and Defendant have stipulated and agreed to extend the allowable time for Defendant to file a responsive pleading to December 15, 2015.

Stipulation                                          1

4. Defendant has requested the foregoing extension, and Plaintiff has agreed to that request.

9. This is the first request for an extension of this deadline made by the parties.

**DATED** this 17th day of November 2015.

| | |
|---|---|
| Allicia B. Tomolo, Esq. | Kazerouni Law Group, APC |
| By:/s/ Allicia B. Tomolo, Esq. | By: /s/ Danny J. Horen, Esq. |
| ALLICIA B. TOMOLO, ESQ.<br>State Bar No: 265696<br>3080 South Durango Drive, Suite 207<br>Las Vegas, NV 89117<br>(702) 946-8440<br>(702) 946-1035 Fax | Danny J. Horen, Esq.<br>State Bar No: 13153<br>7854 West Sahara Avenue<br>Las Vegas, NV 89117<br>(800)400-6808<br>Fax: (800)520-5523 |
| Attorney for Defendant,<br>Allied Collection Services, Inc. | Attorneys for Plaintiff<br>Catherine J. Grigor |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of November, 2015.

Stipulation 2