# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CATHERINE J. GRIGOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES, *et al.*,<br><br>　　　　Defendants. | 2:15-cv-01058-APG-VCF<br><br>**ORDER** |

　　Before the court is *Catherine J. Grigor v. Allied Collection Services, et al.*, case number 2:15-cv-01058-APG-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., February 4, 2016, in courtroom 3D.

　　Dated this 11th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE