1  Michael Kind, Esq.
   NV Bar No. 13903
2  **KAZEROUNI LAW GROUP, APC**
3  7854 W. Sahara Avenue
   Las Vegas, NV 89117
4  Phone: (800) 400-6808 x7
5  FAX: (800) 520-5523
   mkind@kazlg.com
6

7  David H. Krieger, Esq.
   NV Bar No. 9086
8  **HAINES & KRIEGER, LLC**
9  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
10 Phone: (702) 880-5554
11 FAX: (702) 385-5518
   dkrieger@hainesandkrieger.com
12

13 *Attorneys for Plaintiff,*
   *Catherine J. Grigor*
14

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| CATHERINE J. GRIGOR, | Case No.: 2:15-cv-01058-APG-VCF |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT ALLIED COLLECTION SERVICES** |
| v. | |
| ALLIED COLLECTION SERVICES and TRANSUNION LLC, | |
| Defendants. | **ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Catherine J. Grigor ("Plaintiff") and Defendant Allied Collection Services ("Allied") stipulate to dismiss with prejudice Plaintiff's claims against Allied only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 4th day of March 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**ALLICIA B TOMOLO**

By: /s/   Allicia B Tomolo
Allicia B Tomolo, Esq.
3080 South Durango Drive
Las Vegas, Ne 89117
*Attorneys for Defendant Allied Collection Services*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_ March 4, 2016            _____