Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Catherine J. Grigor*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE J. GRIGOR, <br><br> Plaintiff, <br> v. <br><br> ALLIED COLLECTION SERVICES and TRANSUNION LLC, <br><br> Defendants. | Case No.: 2:15-cv-01058-APG-VCF <br><br> **STIPULATION OF DISMISSAL OF DEFENDANT TRANSUNION LLC** <br><br><br> **ORDER** |

1   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Catherine J. Grigor ("Plaintiff") and Defendant Transunion LLC ("Transunion") stipulate to dismiss with prejudice Plaintiff's claims against Transunion in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of March 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: /s/   Jason Revzin
Darrell D. Dennis, Esq.
Jason Revzin, Esq.
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Transunion LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2016